# CONSTITUTION OF
# CONTRACT CREW HAULERS ASSOCIATION

To further their common purposes, the Members agree to organize under this Constitution.

## ARTICLE 1
## NAME

The name of the Association shall be the Contract Crew Haulers Association

## ARTICLE 2
## PURPOSES

The purposes for which the Association is formed are:

1. To advance the common public policy and legislative positions of the Members.

2. To do anything necessary and proper for the accomplishment of the above stated purposes.

3. The Association is organized and operated exclusively for the above stated purposes and for other non-profit purposes unanimously approved by the Members.

## ARTICLE 3
## POWERS

In furtherance of the purposes described above, to the extent permitted by applicable law, the Association shall have the power to make and perform contracts for any lawful purpose, to retain counsel and other experts, and to take such other actions as the Members may direct, including asserting positions before administrative agencies, legislatures and other public bodies on public policy matters on which the Members unanimously agree from time to time.

## ARTICLE 4
## MEMBERSHIP

1. The Association shall have one class of members (the "Members"). All voting rights and other rights, interests and privileges of each Member shall be equal to the rights, interests and privileges of the other Members. Unless unanimously agreed by the Members, membership in the Association shall be restricted to carriers engaged in the transportation of railroad crews under contracts with railroads.

STEPTOE00000414

2.  The initial Members of the Association are:

> CUSA, LLC.
> RailCrew Xpress, LLC
> Renzenberger, Inc.
> Professional Transportation, Inc.

3.  No new Members may be admitted to the Association without the unanimous agreement of the Members. Any new Member must agree, as a condition of membership, to adhere to the terms of this Constitution. Membership is not transferable.

4.  Any Member may decide to withdraw from the Association for any reason, but any such withdrawal shall not relieve the withdrawing Member of any financial obligations to the Association incurred prior to the effective date of such withdrawal. Any withdrawing member shall provide at least 30 days' prior written notice of its decision to withdraw to the President of the Association.

5.  The membership in the Association of any Member ceasing to have the necessary qualification as set forth in paragraph 1 of this Article 4 shall be terminated, but such termination shall not relieve the terminated Member of any financial obligations to the Association incurred prior to the effective date of such termination.

## ARTICLE 5
## MEETINGS

1.  The President shall convene meetings or conference calls as he or she deems appropriate or at the request of any Member of the Association to address issues that may come before the Association for its consideration.

2.  Each Member shall be entitled to one vote. Unless otherwise specified herein, all decisions of the Association require a unanimous vote of the Members.

3.  A majority of the Members when present at any meeting shall constitute a quorum, and in case there are less than this number, the President may adjourn the meeting from time to time until a quorum is achieved.

4.  Any action may be taken without a meeting and without a vote if a consent in writing, setting forth the action so taken, shall be signed by all of the Members. Any action taken by the written consent of the Members shall have the same force and effect as if taken by the Members at a meeting.

5.  Members may participate in any meeting by means of a conference telephone or similar communication equipment by which all Members

STEPTOE00000415

participating in the meeting can hear each other at the same time. Such participation shall constitute presence in person at the meeting.

## ARTICLE 6
## DUES AND EXPENSES

The expenses of the Association, including the expenses of retaining counsel and other experts, shall be funded by dues paid by the Members at a level and frequency approved by the Members based on a determination by the Members of reasonably anticipated expenses. The Members may decide periodically to raise or lower the level of such dues, but, unless otherwise unanimously agreed by the Members, shall be the same for all Members.

## ARTICLE 7
## OFFICERS

1.  The Members shall designate a President of the Association, who shall serve for a one year term. At the end of each term, the Members may, by majority vote, elect the same individual or another individual from among the Members to serve as the President of the Association. The President may resign by delivering written notice to that effect to the Members. The President may be removed at any time and for any reason by a majority vote of the Members.

2.  The President shall be the chief executive officer of the Association and is authorized to take such steps as may be necessary to advance the interests of the Association, including representing the Association in proceedings or other matters as to which the members of the Association have unanimously decided to participate.

3.  The President shall maintain a bank account for the Association and such records as may be needed to reflect its dues revenue and expenses. The President shall report at least annually to the Members on the financial status of the Association and may, as necessary, advise the Members of any expenditures that may require an additional assessment.

4.  Other offices and officers may be established or appointed by the Members.

## ARTICLE 8
## RETENTION OF COUNSEL

1.  If the Members decide, based on their common interest, to retain counsel to advance the purposes of the Association, the President of the Association will be empowered to retain such counsel on behalf of the Association.

2.  All communications between retained counsel and the Association or any of the Members on matters as to which counsel has been retained by the Association shall be privileged under the attorney-client privilege, and all written communications with retained counsel shall be kept confidential by any Member of the Association that receives a copy of any such communication and not shared with any non-member of the Association, except as may be otherwise unanimously agreed by the Members.

ARTICLE 9
AMENDMENTS

This Constitution may be amended solely by unanimous approval of the Members

ARTICLE 10
DISSOLUTION

1.  The Association shall be dissolved and its affairs wound-up by a majority vote of the Members.

2.  In the event of dissolution, the assets of the Association shall be distributed as mutually agreed by the Members or as per applicable law in the absence of such agreement.

This Constitution is adopted on June \_\_\_\_, 2008, and is evidenced by the signatures of the four Members as follows:

For CUSA, LLC:

_____

For RailCrew Xpress, LLC.:

_____

For Renzenberger, Inc.:

_____

STEPTOE00000417

For Professional Transportation, Inc.:

*[signature: Robert S. Tevault]*

STEPTOE00000418

2. All communications between retained counsel and the Association or any of the Members on matters as to which counsel has been retained by the Association shall be privileged under the attorney-client privilege, and all written communications with retained counsel shall be kept confidential by any Member of the Association that receives a copy of any such communication and not shared with any non-member of the Association, except as may be otherwise unanimously agreed by the Members.

## ARTICLE 9
## AMENDMENTS

This Constitution may be amended solely by unanimous approval of the Members

## ARTICLE 10
## DISSOLUTION

1. The Association shall be dissolved and its affairs wound-up by a majority vote of the Members.

2. In the event of dissolution, the assets of the Association shall be distributed as mutually agreed by the Members or as per applicable law in the absence of such agreement.

This Constitution is adopted on June \_\_\_\_, 2008, and is evidenced by the signatures of the four Members as follows:

For CUSA, LLC:

_____

For RailCrew Xpress, LLC.:

_____

For Renzenberger, Inc.:

_____

STEPTOE00000419

2. All communications between retained counsel and the Association or any of the Members on matters as to which counsel has been retained by the Association shall be privileged under the attorney-client privilege, and all written communications with retained counsel shall be kept confidential by any Member of the Association that receives a copy of any such communication and not shared with any non-member of the Association, except as may be otherwise unanimously agreed by the Members.

## ARTICLE 9
## AMENDMENTS

This Constitution may be amended solely by unanimous approval of the Members

## ARTICLE 10
## DISSOLUTION

1. The Association shall be dissolved and its affairs wound-up by a majority vote of the Members.

2. In the event of dissolution, the assets of the Association shall be distributed as mutually agreed by the Members or as per applicable law in the absence of such agreement.

This Constitution is adopted on June \_\_\_\_, 2008, and is evidenced by the signatures of the four Members as follows:

For CUSA, LLC:

_____

For RailCrew Xpress, LLC.:

_____

For Renzenberger, Inc.:

*William M. Smith, Pres.* (signature)

STEPTOE00000420